AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

2005 Black Dodge Magnum
Maryland Tag 1ATG87
VIN#:

(Further described below)

**APPLICATION AND AFFIDAVIT
FOR SEARCH/WARRANT** *Seizure*

CASE NUMBER: 06-305-M-01

FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I __Tucker Vanderbunt__ being duly sworn depose and say:

I am a(n) __Special Agent, FBI__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

2005 Black 4 door Dodge Magnum station wagon bearing tag number 1ATG87 and vehicle identification number

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached affidavit is support of this search warrant**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
**See attached affidavit is support of this search warrant**

concerning a violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

William J. O'Malley
Organized Crime and Narcotics Trafficking
(202)307-1749

Signature of Affiant
Tucker Vanderbunt, Special Agent, FBI

Sworn to before me, and subscribed in my presence

JUN 29 2006                                    at Washington, D.C.
Date

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer