AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2005 Black Dodge Magnum
Maryland Tag 1ATG87
VIN#:

Search †
**SEIZURE WARRANT**

CASE NUMBER:
06 - ___ - M - 01

TO: __Tucker Vanderbunt__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent, FBI Tucker Vanderbunt__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2005 Black 4 door Dodge Magnum station wagon bearing tag number 1ATG87 and vehicle identification number

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See attached affidavit is support of this search warrant**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 10, 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 2 9 2006                                at Washington, D.C.

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

AO 109 (Rev. 2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 06/29/06 | 07/03/06 9:00A | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. SEE ATTACHED FD-597

**FILED**

JUL 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is true and detailed account of the property seized by me on the warrant.

_[signature]_

Subcribed, sworn to, and returned before me this date.

_[signature]_  7/7/06

U.S. Judge or Magistrate        Date

FD-597 (Rev 8-11-94)                                                                                    Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245B-DF-129932

On (date) 07/03/06

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Ricardo Salazar

(Street Address)

(City)

Description of Item(s):

1) Maryland DMV title for 2005 Dodge Magnum
2) DMV registration, miscellaneous bank and DMV receipts
3) 2005 Dodge Magnum bearing MD tag 1AT627 VIN
4) $2,910.00 in US Currency

Nothing Further

Received By: _____ (Signature)

Received From: _____ (Signature)

FD-597 (Rev 8-11-94) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 245B-WF-229832

On (date) 07/07/06

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) RICARDO DANIEL SALAZAR

(Street Address) _____

(City) _____

Description of Item(s):

1) 5 FILTERS CONTAINING MATERIAL VACUUMED FROM VEHICLE

Nothing Follows

Received By: _____ (Signature)

Received From: _____ (Signature)